# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**COMPLAINT FORM**

WESLEY B ROBINSON

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

v.

Case No. _____
(To be supplied by the Court)

SYNCHRONY BANK

Full names of Defendant(s)
(Do not use *et al.*)

**A. PARTIES**

1. WESLEY B ROBINSON is a citizen of Connecticut who
   (Plaintiff)                                    (State)
   presently resides at 817 Naugatuck Ave. Milford, CT 06461.
                        (mailing address)

2. Defendant Synchrony Bank is a citizen of Utah
              (name of first defendant)              (State)
   whose address is 170 Election Road, Suite 125, Draper, UT 84020.

3. Defendant _____ is a citizen of _____
                 (name of second defendant)                    (State)

whose address is _____.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

**FAIR DEBT COLLECTION PRACTICES ACT 15 U.S.C § 1692 ("FDCPA")**

**TELEPHONE CONSUMER PROTECTION ACT 47 U.S.C § 277 ("TCPA")**

**FAIR CREDIT REPORTING ACT 15 U.S.C § 1681 ("FCRA")**

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

NOW Plaintiff brings this action for damages pursuant to FAIR DEBT COLLECTION PRACTICES ACT "FDCPA" under 15 U.S.C § 1692, FAIR CREDIT REPORTING ACT "FCRA" under 15 U.S.C § 1681 & TELEPHONE CONSUMER PROTECTION ACT under 47 U.S.C § 277 for Defendants violations within the statues stated above.
Defendant has been reporting inaccurate and incomplete information regarding to the plaintiffs account (Account #: 5243661055985357) to the big 3 credit reporting agencies: Experian, Equifax & TransUnion for nearly 18 plus months. Each of the aforementioned credit reporting agencies are "Consumer Reporting Agencies" as defined in 15 U.S.C §1681(f). Each of these agencies disburse consumer reports to third parties. Therefore, Defendant has through these agencies furnished inaccurate representations to all of Plaintiffs potential lenders on multiple occasions.
As a result of the Defendants actions and/or inactions, Plaintiff has suffered damages such as; loss of time and monies due to Plaintiffs attempts to correct the incorrect information; Loss of creditability; loss of the ability to establish relationships with other creditors; Loss of the ability to benefit from credit; Increased rates; and the mental distress, emotional distress, anguish, anxiety, anger, worry, fear, humiliation, embarrassment and frustration from credit denials, and excessive phone calls.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** _____**15 U.S.C. 1692c   §805(c) "Ceasing Communication"**_____

"If a consumer notifies a debt collector in writing that the consumer refuses to pay a debt or that the consumer wishes the debt collector to cease further communication with the consumer, the debt collector shall not communicate further with the consumer with respect to such debt."

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Defendant has called the Plaintiff on multiple occasions after communications from Plaintiff, via mail to Cease Phone Calls. Defendant continuously made an excessive amount of calls, including but not limited to, 61 documented calls / prerecorded voice messages. the Plaintiff received calls from (1-800-213-5077) Defendant up to 4 times per day after Defendant received the Cease Phone Calls Request Letter from Plaintiff on 03/22/2020.  This caused plaintiff anxiety and fear every the phone rang.

*Refer to Exhibit(s): 1-4*

## Claim II: 15 U.S.C. 1692d §806 (5) "Harassment or Abuse

(5) "Causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number."

## Supporting Facts:

Defendant, without permission used telephone services to call plaintiff's personal phone repeatedly, causing it to ring up to four times per day. Only 61 voice messages from Defendant (1-800-213-0577) could be documented due to the Plaintiff's Inbox becoming full, caused by the Defendants excessive calling. Despite the 61 documented voice messages, these calls were consistent throughout the year of 2019 into 2021. Not only had a full inbox result in missed voice messages from other important callers pertaining to potential opportunities or emergencies. These calls also lead the Plaintiff to become extremely angered, irritated, embarrassed and anxious when the phone rings.

*Refer to Exhibit(s): 4-13*

15 U.S.C. 1692e §807 (2) (A)

**Claim III:** "False or misleading represebtations"

(A) The Character, amount, or legal status of any debt

(10) "The use of any false representation or deceptive means to collect or attempt to collect any debt.

## Supporting Facts:

Defendant, is reporting incomplete and incorrect information to the 3 major Credit Reporting Agencies (Experian, Equifax & TransUnion). Defendant is reporting false account closure dates, amounts that are incorrect, misleading payment history data, and are reporting twice on the same account(Account #: 5243661055985357). On 10/19/2019 the Plaintiff disputed the inaccurate information with all 3 Consumer Reporting Agencies and requested an investigation be conducted. The Defendants actions/inactions to correct and keep the information being reported up to date and accurate, only implies the Defendants negligence and disregard for the rights of the Plaintiff. This caused defamation of character and loss of credibility with other lenders which lead to credit denials and loss of monies.

*Refer to Exhibit(s): 21-41 & 44*

## Claim IV:   15 U.S.C. 1692f §808(1) "Unfair Practices"

(1) "The collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law."

### Supporting Facts:

Defendant Claims that the past due balance is $2,623.44. The Plaintiffs original principal obligation was for a credit line of $2,200.00. The last balance stated at the time of the account being closed on 11/18/2018 was $2,460.06 according to the statement provided by the Defendant (Exhibit 21). Therefore the Defendant has been attempting to collect interest and add incidental fees to the principal obligation after the account has been closed. Leading to more confusion, debt and further anxiety for the Plaintiff.

   *Refer to Exhibit(s): 42*

## Claim V:

**15 U.S.C § 1681s-2**
**"Responsibilities of furnishers of information to consumer reporting agencies"**

"(a) Duty of Furnishers of Information to Provide Accurate Information"

"(B) Reporting information after notice and confirmation of errors. A person shall not furnish information relating to a consumer to any consumer reporting agency if"

"(ii) the information is, in fact, inaccurate."

## Supporting Facts:

Defendant, is reporting incomplete and incorrect information to the 3 major Credit Reporting Agencies (Experian, Equifax & TransUnion) The Defendant's report has the account of interest (Account #: 5243661055985357) reporting twice. Both reports consist of multiple False and Misleading information. Details such as different dates that the account was closed on, highest balance, latest balance, & monthly payment history are different on each account. Defendant willfully continues to report this information to the 3 Major Consumer Reporting Agencies after Plaintiff had requested validation. The Defendant's negligence has caused critical damage to the Plaintiffs credit score. Effecting the Plaintiffs ability to obtain home & auto loans, being approved for lines of credit, qualifying for job positions, causing a harder time renting an apartment, and the burden of increased insurance rates.

*Refer to Exhibit(s) 14-20, 42 & 44*

## Claim VI: TELEPHONE CONSUMER PROTECTION ACT 47 U.S.C § 227 (1) (A) ("FDCPA")

(1) "PROHIBITIONS. — It shall be unlawful for any person in the united states , or any person outside of the United States if the recipient is within the United States—"

(A) "To make any call (other then a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephonedialing system or an artificial or prerecorded voice"

### Supporting Facts:

DEFENDANT, has made an excessive amount of telephone calls using a prerecorded voice, including but not limited to 61 documented calls and prerecorded voice messages. Defendant called up to 4 times in a single day. With intent to annoy & harass Plaintiff, despite the fact that the Plaintiff sent a Request To Cease Phone Calls Letter and the fact that plaintiff is registered on the FEDERAL TRADES COMMISSION National DO NOT CALL LIST shows their negligence behind their actions .

*Refer to Exhibit(s) 43*

## E. REQUEST FOR RELIEF

WHEREFORE, plaintiff demands: (state the relief you seek)

The Defendant "Synchrony Bank" to immediately and actually, close, cancel and forgive any and all debts and account(s) pertaining to the Plaintiff "WESLEY B ROBINSON. Stop, close and cancel any/all information pertaining to the Plaintiff that is being reported to the Consumer Reporting Agencies.

The defamation, conduct and actions/inaction of the Defendant were willful, deliberate, intentional and/or reckless with disregard for the interests and rights of the Plaintiff such as to justify the court to award Statutory, Actual & Punitive damages against the Defendant SYNCHRONY BANK to Plaintiff WESLEY B ROBINSON; Award the Plaintiff the cost of this action pursuant to per violation & per months of violations:

- "FDCPA" 15 U.S.C § 1692 §813 "Civil Liability"(a) (2)(A)
- "TCPA" 47 U.S.C § 227 (b)(3) "Private right of action" (3)
- "FCRA" 15 U.S.C § 1681n (a)(1)(A) "Civil liability for willful noncompliance"

; and grant all such additional relief the court deems appropriate.

## F. JURY DEMAND

Do you wish to have a jury trial?    Yes         No

_____
Original signature of attorney (if any)

_____
Printed Name

( )
Attorney's full address and telephone

Email address if available

**Plaintiff's Original Signature**
Wesley B Robinson
Printed Name

817 Naugatuck Ave
Milford, CT. 06461

(203) 581-2857
Plaintiff's full address and telephone

Wesr92@icloud.com
Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _____.
              (location)                       (date)

_____
**Plaintiff's Original Signature**

(Rev.3/29/16)

5